UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                      Case No. 2:14-cr-22
                                      HON. PAUL L. MALONEY

CINDY LOU KNAPP,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on March 9, 2018, for an appearance after being arrested on an amended petition for warrant for offender under supervision. She was advised of her rights, the charges and penalties.

For reasons stated on the record, defendant shall be detained pending further proceedings.

    IT IS SO ORDERED.

                                              /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              UNITED STATES MAGISTRATE JUDGE

Dated: March 9, 2018