UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No.  2:14-cr-22

v.                                      HON. PAUL L. MALONEY

CINDY LOU KNAPP,

        Defendant.

_____/

### REPORT AND RECOMMENDATION

On February 28, 2018, an Amended Petition for Warrant or Summons for Offender Under Supervision was filed, alleging three violations of the defendant's conditions of supervised release.

An initial appearance was conducted on March 9, 2018, at which time the defendant was advised of the violations, her rights and penalties.

On March 22, 2017, the parties appeared before the undersigned for a revocation hearing and defendant waived her right to appear before a district judge.  At this time, the defendant admitted to violations #1 and 2 as set forth in the amended petition as it pertains to her possession and use of morphine on February 21, 2018.  For the reasons stated on the record, it is recommended that the Court find the defendant did violate the conditions of supervised release as set forth in violations #1 and 2 of the amended petition.

Date:  March 22, 2018                         /s/ Timothy P. Greeley
                                                               TIMOTHY P. GREELEY
                                                                United States Magistrate Judge

### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than seven days after the plea hearing.  See W.D. Mich. L.Cr.R. 11.1(d).