UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,           Case No.  2:14-cr-22

v.           HON. PAUL L. MALONEY

Cindy Lou Knapp,

           Defendant.
_____/

## REPORT AND RECOMMENDATION

On February 28, 2018, a Petition for Warrant or Summons for Offender Under Supervision was filed, alleging three violations of the defendant's conditions of supervised release.

An initial appearance was conducted on March 9, 2018, and defendant admitted to violations 1 and 2 of the petition on March 22, 2018.

On June 4, 2018, the parties appeared before the undersigned for sentencing on the petition and defendant waived her right to appear before a district judge, her right to allocution before a district judge, and her right to sentencing before a district judge.

For the reasons stated on the record, it is recommended that the attached Judgment in a Criminal Case for Revocation of Probation or Supervised Release be entered.

Date:  June 6, 2018            /s/ Timothy P. Greeley
            TIMOTHY P. GREELEY
            United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge.  Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).